**BIBIYAN LAW GROUP, P.C.**
David D. Bibiyan (SBN 287811)
*david@tomorrowlaw.com*
Vedang J. Patel (SBN 328647)
*vedang@tomorrowlaw.com*
Brooke W. Waldrop (SBN 314486)
*brooke@tomorrowlaw.com*
1460 Westwood Blvd.
Los Angeles, California, 90024
Tel: (310) 438-5555; Fax: (310) 300-1705

Attorneys for Plaintiff, JAVIER ESTRADA LOPEZ on behalf of herself and all others similarly situated

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAVIER ESTRADA LOPEZ, an individual and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>MEDLINE INDUSTRIES, LP, an Illinois limited partnership; MEDLINE INDUSTRIES HOLDINGS, L.P., a Delaware limited partnership; MEDLINE INDUSTRIES, INC., a California corporation; and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No. 5:24-cv-01054-FWS-MRW<br><br>Assigned to: Honorable Fred W. Slaughter<br><br>**NOTICE OF SETTLEMENT**<br><br><br>Complaint Filed:   February 9, 2024<br>Removal:   May 17, 2024<br>Trial Date:   July 29, 2025 |

Law Offices of
BIBIYAN LAW GROUP
A Professional Corporation
1460 Westwood Blvd.
Los Angeles, California, 90024
(310) 438-5555

NOTICE OF SETTLEMENT

TO THIS HONORABLE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:

    Plaintiff JAVIER ESTRADA LOPEZ ("Plaintiff") and Defendants MEDLINE INDUSTRIES, LP, MEDLINE INDUSTRIES HOLDINGS, L.P., and MEDLINE INDUSTRIES, INC. ("Defendants") have reached a settlement. The Parties are currently negotiating and finalizing the long form settlement agreement within the next 30 - 60 days.

    Accordingly, the Parties request that the Court vacate deadlines set for this matter, including the Jury Trial set for July 29, 2025 at 8:30 a.m.

Dated:  January 16, 2025       BIBIYAN LAW GROUP, P.C.

                                     BY: */s/ Brooke W. Waldrop*
                                           BROOKE W. WALDROP
                                      Attorney for Plaintiff JAVIER ESTRADA LOPEZ, individually and on behalf of all others similarly situated

Dated:  January 17, 2025       LITTLER MENDELSON P.C.

                                       BY: */s/ Jannine Kranz (with permission)*
                                           JANNINE KRANZ
                                      Attorney for Defendants MEDLINE INDUSTRIES, LP, MEDLINE INDUSTRIES HOLDINGS, L.P., and MEDLINE INDUSTRIES, INC.